## Return

| Case No.: 21-M-384 (SCD) | Date and time warrant executed: 5/14/2021 8:21 AM | Copy of warrant and inventory left with: Rosa Hernandez |
|---|---|---|

Inventory made in the presence of: Inspector Zimmerman

Inventory of the property taken and name(s) of any person(s) seized:

Parcel described on face of warrant was found to not contain any illegal items. Parcel was delivered without further delay.

## Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 5/14/2021

Executing officer's signature

Ronald Barlow    Postal Inspector
Printed name and title